# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ozturk v. Hyde     Docket No.: 25-1019

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Esha Bhandari

Firm: American Civil Liberties Union Foundation

Address: 125 Broad Street, New York, NY 10004

Telephone: 212-549-2500     Fax:

E-mail: ebhandari@aclu.org

Appearance for: Petitioner-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: American Civil Liberties Union Foundation )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 06/14/2022     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Esha Bhandari

Type or Print Name: Esha Bhandari