# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand twenty-five.

Before:      Alison J. Nathan,
                   *Circuit Judge.*

_____

Rumeysa Ozturk,

      *Petitioner - Appellee,*

  v.

Patricia Hyde, in her official capacity as the New England Field Director for U.S. Immigration and Customs Enforcement, et al.,

      *Respondents - Appellants.*

_____

**ORDER**

Docket No. 25-1019

      The Government has filed an emergency motion seeking a stay pending appeal of the district court's order dated April 18, 2025, which directs the Government to transfer Appellee Rumeysa Ozturk to immigration custody within the District of Vermont no later than May 1, 2025. The Court understands the emergency nature of the relief requested by the Government as well as Petitioner's request for a decision as soon as practicable. Accordingly:

      IT IS HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to the three-judge motions panel sitting on Tuesday, May 6, 2025. An administrative stay of the district court's order to transfer is GRANTED pending decision by the panel. The purpose of this administrative stay is to give the court sufficient opportunity to consider the merits of the emergency motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion.

      Any reply papers by the Government must be filed by 5:00 PM on Thursday, May 1, 2025. Each side is allotted ten minutes of argument time.

                                                                                                                 For the Court:
                                                                                                                 Catherine O'Hagan Wolfe,
                                                                                                                 Clerk of Court

