(1 of 17), Page 1 of 17
Case: 25-1019, 04/29/2025, DktEntry: 47.2, Page 1 of 17
RESTRICTED
2:25-cv-00374-wks    Document 113    Filed 04/28/25    Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RUMEYSA OZTURK, ) | |
| Petitioner, ) | |
| v. ) | Circuit No. 25-1019 |
| DONALD J. TRUMP, in his official ) | District No. 2:25-cv-374 |
| capacity as President of the United ) | |
| States, PATRICIA HYDE, Field ) | |
| Office Director, MICHAEL KROL, ) | |
| HSI New England Special Agent in ) | |
| Charge, TODD LYONS, Acting ) | |
| Director, U.S. Immigration and ) | |
| Customs Enforcement, and KRISTI ) | |
| NOEM, Secretary of Homeland ) | |
| Security; and MARCO RUBIO, in his ) | |
| official capacity as Secretary of State, ) | |
| Respondents. ) | |

<u>INDEX</u>

A. Docket Sheet (Public)

B. Docket Sheet (Sealed)

C. Clerk's Certification.

(2 of 17), Page 2 of 17
RESTRICTED Case: 25-1019, 04/29/2025, DktEntry: 47.2, Page 2 of 17
2:25-cv-00374-wks    Document 113-2 *SEALED*    Filed 04/28/25    Page 1 of 15

APPEAL,HABEAS

# U.S. District Court
# District of Vermont (Burlington)
# CIVIL DOCKET FOR CASE #: 2:25−cv−00374−wks
## *Internal Use Only*

Ozturk v. Hyde et al
Assigned to: Judge William K. Sessions III
Case in other court: Massachusetts, 1:25−cv−10695
Cause: 8:1182 Defend. Denial of Pla. Appl. for Alien Employment Cer

Date Filed: 04/04/2025
Jury Demand: None
Nature of Suit: 463 Habeas Corpus − Alien Detainee
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Rumeysa Ozturk**   represented by   **Adriana Lafaille , Esq.**
ACLU Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617−482−3170
Email: alafaille@aclum.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett M. Kaufman , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212−549−2603
Fax: 212−995−4031
Email: bkaufman@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Matthew Hauss , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212−549−2500
Email: bhauss@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Esha Bhandari , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212−549−2500
Email: ebhandari@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hillary A. Rich , Esq.**
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601−0277
315−521−9231
Email: hrich@acluvt.org
*ATTORNEY TO BE NOTICED*

**Jessie Rossman , Esq.**
ACLU Foundation of Massachusetts, Inc.

One Center Plaza, Suite 850
Boston, MA 02108
617–482–3170
Fax: 617–451–0009
Email: jrossman@aclum.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julian Bava , Esq.**
ACLU Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617–482–3170
Email: jbava@aclum.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Rosenfeld , Esq.**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
212–763–5000
Email: krosenfeld@ecbawm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lia N. Ernst , Esq.**
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601–0277
(802) 223–6304
Fax: (802) 223–6304
Email: lernst@acluvt.org
*ATTORNEY TO BE NOTICED*

**Mahsa Khanbabai , Esq.**
Khanbabai Immigration Law
115 Main Street, Ste 1B
North Easton, MA 02356
508–297–2065
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew D. Brinckerhoff , Esq.**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
212–763–5000
Fax: 212–763–5001
Email: mbrinckerhoff@ecbawm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Monica H. Allard , Esq.**
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601–0277
802–251–7091
Email: mallard@acluvt.org
*ATTORNEY TO BE NOTICED*

**Mudassar H. Toppa , Esq.**
Main Street Legal Services Inc.

CLEAR Project
CUNY School of Law
2 Court Square, Ste 5th Floor
Long Island City, NY 11101
718−340−4021
Email: mudassar.toppa@law.cuny.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noor Zafar , Esq.**
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
469−301−5991
Email: nzafar@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel E. Davidson , Esq.**
ACLU Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617−482−3170
Email: rdavidson@aclum.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramzi Kassem , Esq.**
Main Street Legal Services Inc.
CLEAR Project
CUNY School of Law
2 Court Square, Ste 5th Floor
Long Island City, NY 11101
718−340−4558
Fax: 718−340−4478
Email: ramzi.kassem@law.cuny.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sidra Mahfooz , Esq.**
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
631−741−3383
Email: smahfooz@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sonya Levitova , Esq.**
Emery Celli Brinckerhoff Abady Ward &
Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
212−763−5000
Fax: 212−763−5001
Email: slevitova@ecbawm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vasudha Talla , Esq.**
Emery Celli Brinckerhoff Abady Ward &
Maazel LLP
1 Rockefeller Plaza, 8th Floor

|  |  |  |
|---|---|---|
|  |  | New York, NY 10020<br>212–763–5000<br>Fax: 212–763–5001<br>Email: vtalla@ecbawm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| **Patricia Hyde**<br>*Field Office Director* | represented by | **Mark Sauter , AUSA**<br>U.S. Department of Justice<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02169<br>617–748–3347<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Michael P. Drescher , AUSA**<br>United States Attorney's Office<br>11 Elmwood Avenue, 3rd Floor<br>P.O. Box 570<br>Burlington, VT 05402–0570<br>(802) 951–6725<br>Email: michael.drescher@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| **Michael Krol**<br>*HSI New England Special Agent in Charge* | represented by | **Mark Sauter , AUSA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Michael P. Drescher , AUSA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| **Todd Lyons**<br>*Acting Director U.S. Immigration and Customs Enforcement* | represented by | **Mark Sauter , AUSA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Michael P. Drescher , AUSA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| **Kristi Noem**<br>*Secretary of Homeland Security* | represented by | **Mark Sauter , AUSA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Michael P. Drescher , AUSA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| **Donald J Trump** | represented by | **Mark Sauter , AUSA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Michael P. Drescher , AUSA**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Respondent**

| | | |
|---|---|---|
| **Marco A. Rubio** | represented by | **Mark Sauter , AUSA** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Michael P. Drescher , AUSA** (See above for address) *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Brett F Stokes** *International Law Professors, Experts, Practitioners and Scholars* | represented by | **Brett F. Stokes , Esq.** Vermont Law School P.O. Box 1404 Burlington, VT 05402 802−558−7732 Email: bstokes@vermontlaw.edu *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2025 | 1 | PETITION for Writ of Habeas Corpus (2241) Filing fee: $ 5, receipt number BMADC−10912735 Fee status: Filing Fee paid., filed by Rumeysa Ozturk.(Khanbabai, Mahsa) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/25/2025) |
| 03/25/2025 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (JPM) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/25/2025) |
| 03/25/2025 | 3 | Judge Indira Talwani: ORDER entered. Service Order and Order Concerning Determination of Jurisdiction. (JPM) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/25/2025) |
| 03/25/2025 | | (Court only) ***Staff notes: Service Order delivered by email to AUSA Mark Sauter at 10:57pm per Judge Talwani. (JPM) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/25/2025) |
| 03/26/2025 | 4 | General Order 19−02, dated June 1, 2019 regarding Public Access to Immigration Cases Restricted by Federal Rule of Civil Procedure 5.2(c). (NMC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/26/2025) |
| 03/26/2025 | 5 | Online access to documents in this case is limited to counsel of record only. All documents are available for review in the Office of the Clerk. Counsel of record: please note that you will need to log into CM/ECF to access any documents in this case. (SEC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/26/2025) |
| 03/26/2025 | 6 | NOTICE of Appearance by Mark Sauter on behalf of Patricia Hyde, Michael Krol, Todd Lyons, Kristi Noem (Sauter, Mark) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/26/2025) |
| 03/26/2025 | 7 | *Withdrawn* MOTION for Writ *EMERGENCY Motion To Produce Petitioner* by Rumeysa Ozturk.(Khanbabai, Mahsa) Modified on 3/27/2025 in accordance with D. 10 (SEC). [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/26/2025) |
| 03/26/2025 | 8 | Judge Denise J. Casper: ELECTRONIC ORDER entered. The Court orders the government to respond to the motion, D. 7 , by 9:00am on 3/27/25. (SEC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/26/2025) |
| 03/27/2025 | 9 | Opposition re 7 MOTION for Writ *EMERGENCY Motion To Produce Petitioner* filed by Rumeysa Ozturk, Patricia Hyde, Michael Krol, Todd Lyons, Kristi Noem. (Sauter, Mark) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/27/2025) |

| | | |
|---|---|---|
| 03/27/2025 | 10 | NOTICE of Withdrawal by Rumeysa Ozturk *to W/D Motion at ECF7* (Khanbabai, Mahsa) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/27/2025) |
| 03/28/2025 | 11 | NOTICE of Appearance by Jessie J. Rossman on behalf of Rumeysa Ozturk (Rossman, Jessie) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/28/2025) |
| 03/28/2025 | 12 | AMENDED COMPLAINT *AND PETITION FOR WRIT OF HABEAS CORPUS* against Patricia Hyde, Michael Krol, Todd Lyons, Kristi Noem, Donald J Trump, Marco Rubio, filed by Rumeysa Ozturk. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rossman, Jessie) . (Additional attachment(s) added on 3/28/2025: # 3 *SEALED* Exhibit A and B) (SEC). [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/28/2025) |
| 03/28/2025 | 13 | NOTICE of Appearance by Rachel Elizabeth Davidson on behalf of Rumeysa Ozturk (Davidson, Rachel) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/28/2025) |
| 03/28/2025 | 14 | NOTICE of Appearance by Julian Bava on behalf of Rumeysa Ozturk (Bava, Julian) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/28/2025) |
| 03/28/2025 | 15 | NOTICE of Appearance by Adriana Lafaille on behalf of Rumeysa Ozturk (Lafaille, Adriana) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/28/2025) |
| 03/28/2025 | 16 | Judge Denise J. Casper: ORDER entered. MEMORANDUM AND ORDER – the Court ORDERS as follows:<br><br>1. To allow the Court's resolution of its jurisdiction to decide the Petition, Ozturk shall not be removed from the United States until further Order of this Court. See Mahmoud Khalil v. Joyce, No. 25–cv–01935–JMF at ECF No. 9, 2025 WL 750599 (S.D.N.Y. Mar. 10, 2025) (ruling that "[t]o preserve the Courts jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise"); and<br><br>2. The Respondents have until 5:00 p.m. on Tuesday, April 1, 2025, to respond to the Amended Petition and Complaint, D. 12 .<br><br>(SEC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 03/28/2025) |
| 04/01/2025 | 17 | MOTION for Leave to File Excess Pages by Patricia Hyde, Michael Krol, Donald J Trump, Marco Rubio, Todd Lyons, Kristi Noem.(Sauter, Mark) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/01/2025) |
| 04/01/2025 | 18 | Judge Denise J. Casper: ELECTRONIC ORDER entered allowing 17 Motion for Leave to File Excess Pages; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (SEC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/01/2025) |
| 04/01/2025 | 19 | RESPONSE/ANSWER to 12 Amended Complaint, by Patricia Hyde, Michael Krol, Donald J Trump, Marco Rubio, Todd Lyons, Kristi Noem. (Attachments: # 1 Exhibit A)(Sauter, Mark) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/01/2025) |
| 04/01/2025 | 20 | Judge Denise J. Casper: ELECTRONIC ORDER entered re 19 Response to Petition for Writ of Habeas Corpus – 2241. Petitioner may file a response to Respondents' filing, D. 19 , by April 2, 2025 at 5 p.m. Such filing shall not exceed thirty (30) pages. (SEC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/01/2025) |
| 04/02/2025 | 21 | ELECTRONIC NOTICE of Hearing. Oral argument on the Amended Petition, D. 12. Hearing set for 4/3/2025 02:00 PM in Courtroom 11 (In person with remote access provided) before Judge Denise J. Casper. Overflow will be available in Jury Assembly Hall.<br><br>This hearing will be available to the public and media by audio only. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |

| | | |
|---|---|---|
| | | For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here. <br><br> (LMH) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 22 | MOTION to Seal *Declaration of Rumeysa Ozturk* re: Reply to 1 PETITION for Writ of Habeas Corpus (2241) by Rumeysa Ozturk.(Lafaille, Adriana) [Transferred from Massachusetts on 4/4/2025.] Link added on 4/6/2025 (law). (Entered: 04/02/2025) |
| 04/02/2025 | 23 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 22 Motion to Seal Declaration of Rumeysa Ozturk by Rumeysa Ozturk. Counsel will receive an email within twenty–four (24) hours of this order with instructions for submitting sealed documents for which leave has been granted in accordance with the Local Rules of the U.S. District Court of Massachusetts. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (LMH) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 24 | MOTION for Leave to File Excess Pages *for Reply* re: 1 PETITION for Writ of Habeas Corpus (2241) by Rumeysa Ozturk.(Lafaille, Adriana) [Transferred from Massachusetts on 4/4/2025.] Link added on 4/6/2025 (law). (Entered: 04/02/2025) |
| 04/02/2025 | 25 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 24 MOTION for Leave to File Excess Pages by Rumeysa Ozturk noting there will be no opposition filed. <br><br> Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (SEC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 26 | REPLY to Response to 1 Petition for Writ of Habeas Corpus – 2241 by Rumeysa Ozturk. (Attachments: # 1 Exhibit 1 *(unredacted, sealed)*, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 8)(Lafaille, Adriana) (Additional attachment(s) added on 4/3/2025: # 8 *SEALED* Exhibit 7) (SEC). [Transferred from Massachusetts on 4/4/2025.] Text and link clarified on 4/6/2025 (law). (Additional attachment(s) added on 4/16/2025: # 9 Exhibit 1 *(redacted)*) (law). (Entered: 04/02/2025) |
| 04/02/2025 | 27 | ASSENTED–TO MOTION for Leave to Appear Pro Hac Vice for admission of Noor Zafar Filing fee: $ 125, receipt number AMADC–10929762 by Rumeysa Ozturk. (Attachments: # 1 Exhibit A)(Rossman, Jessie)[Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 28 | ASSENTED–TO MOTION for Leave to Appear Pro Hac Vice for admission of Brian Hauss Filing fee: $ 125, receipt number AMADC–10929769 by Rumeysa Ozturk. (Attachments: # 1 Exhibit A)(Rossman, Jessie)[Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 29 | ASSENTED–TO MOTION for Leave to Appear Pro Hac Vice for admission of Esha Bhandari Filing fee: $ 125, receipt number AMADC–10929772 by Rumeysa Ozturk. (Attachments: # 1 Exhibit A)(Rossman, Jessie)[Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 30 | ASSENTED–TO MOTION for Leave to Appear Pro Hac Vice for admission of Katherine Rosenfeld Filing fee: $ 125, receipt number AMADC–10929774 by Rumeysa Ozturk. (Attachments: # 1 Exhibit A)(Rossman, Jessie)[Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 31 | ASSENTED–TO MOTION for Leave to Appear Pro Hac Vice for admission of Sonya Levitova Filing fee: $ 125, receipt number AMADC–10929777 by Rumeysa Ozturk. (Attachments: # 1 Exhibit A)(Rossman, Jessie)[Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 32 | ASSENTED–TO MOTION for Leave to Appear Pro Hac Vice for admission of Matthew D. Brinckerhoff Filing fee: $ 125, receipt number AMADC–10929780 by |

| | | |
|---|---|---|
| | | Rumeysa Ozturk. (Attachments: # 1 Exhibit A)(Rossman, Jessie)[Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/02/2025 | 33 | ASSENTED–TO MOTION for Leave to Appear Pro Hac Vice for admission of Vasudha Talla Filing fee: $ 125, receipt number AMADC–10929785 by Rumeysa Ozturk. (Attachments: # 1 Exhibit A)(Rossman, Jessie)[Transferred from Massachusetts on 4/4/2025.] (Entered: 04/02/2025) |
| 04/03/2025 | 34 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 27 Motion for Leave to Appear Pro Hac Vice Added Noor Zafar; 28 Motion for Leave to Appear Pro Hac Vice Added Brian Hauss; 29 Motion for Leave to Appear Pro Hac Vice Added Esha Bhandari; 30 Motion for Leave to Appear Pro Hac Vice Added Katherine Rosenfeld; 31 Motion for Leave to Appear Pro Hac Vice Added Sonya Levitova; 32 Motion for Leave to Appear Pro Hac Vice Added Matthew D. Brinckerhoff; 33 Motion for Leave to Appear Pro Hac Vice Added Vasudha Talla.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorneys.<br><br>(SEC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/03/2025) |
| 04/03/2025 | 35 | Assented to MOTION Remote Participation by Some of Petitioner's Counsel at Argument re 21 Notice of Hearing,,, by Rumeysa Ozturk.(Bava, Julian) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/03/2025) |
| 04/03/2025 | 36 | NOTICE of Appearance by Matthew Brinckerhoff on behalf of Rumeysa Ozturk (Brinckerhoff, Matthew) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/03/2025) |
| 04/03/2025 | 37 | NOTICE of Appearance by Katherine Rosenfeld on behalf of Rumeysa Ozturk (Rosenfeld, Katherine) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/03/2025) |
| 04/03/2025 | 38 | NOTICE of Appearance by Sonya Levitova on behalf of Rumeysa Ozturk (Levitova, Sonya) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/03/2025) |
| 04/03/2025 | 39 | NOTICE of Appearance by Vasudha Talla on behalf of Rumeysa Ozturk (Talla, Vasudha) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/03/2025) |
| 04/03/2025 | 40 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 35 Motion for Remote Participation by Some of Petitioner's Counsel at Argument re 21 Notice of Hearing by Rumeysa Ozturk. (LMH) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/03/2025) |
| 04/03/2025 | 41 | Electronic Clerk's Notes for proceedings held before Judge Denise J. Casper: Hearing on Amended Petition held on 4/3/2025. Court hears from counsel and takes matter under advisement. (Court Reporter: Kristin Kelley at kmob929@gmail.com.)(Attorneys present: Jessie Rossman, Adriana Lafaille, Mahsa Khanbabai, Rachel Davidson, Julian Bava, Noor Zafar and Brian Hauss for the petitioner. Mark Sauter for respondent.) (LMH) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/03/2025) |
| 04/04/2025 | 42 | Judge Denise J. Casper: ORDER entered. MEMORANDUM AND ORDER – The Court DENIES the government's motion to dismiss this Petition and its alternative request to transfer this matter to the Western District of Louisiana. The Court ALLOWS the alternative relief sought by Ozturk and transfers this matter "in the interest of justice" pursuant 28 U.S.C. § 1631 to the U.S. District Court for the District |

(10 of 17), Page 10 of 17
Case: 25-1019, 04/29/2025, DktEntry: 47.2, Page 10 of 17
2:25-cv-00374-wks    Document 113-2 *SEALED*    Filed 04/28/25    Page 9 of 15

| | | |
|---|---|---|
| | | of Vermont.<br><br>To ensure that Ozturk has an opportunity to have the Petition considered by the District of Vermont, and to preserve the status quo, this Court's March 28, 2025 Order enjoining the government from removing her from the United States, D. 16, shall remain in effect unless and until the transferee court orders otherwise. See Khalil, 2025 WL 849803, at *14 (ordering same upon transfer).(LMH) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/04/2025) |
| 04/04/2025 | 43 | Judge Denise J. Casper: Order Transferring Case to US District Court, District of Vermont.(LMH) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/04/2025) |
| 04/04/2025 | 44 | Case transferred to to District of Vermont. Original file certified copy of transfer order and docket sheet sent to Clerk in that district. (SEC) [Transferred from Massachusetts on 4/4/2025.] (Entered: 04/04/2025) |
| 04/04/2025 | 45 | CASE TRANSFERRED IN electronically from District of Massachusetts; Case Number 1:25−cv−10695. (Entered: 04/04/2025) |
| 04/04/2025 | 46 | NOTICE OF APPEARANCE by Lia N. Ernst, Esq on behalf of Rumeysa Ozturk.(Ernst, Lia) (Entered: 04/04/2025) |
| 04/04/2025 | 47 | UNOPPOSED MOTION for Telephonic Status Conference filed by Rumeysa Ozturk. (Ernst, Lia) (Entered: 04/04/2025) |
| 04/05/2025 | 48 | ORDER granting 47 Unopposed Motion for Telephonic Status Conference. A telephonic status conference is now scheduled on Monday, April 7, 2025 at 12:00 p.m. EST. Signed by Judge William K. Sessions III on 4/5/2025. (This is a text−only Order.) (eae) (Entered: 04/05/2025) |
| 04/05/2025 | 49 | NOTICE OF APPEARANCE by Monica H. Allard, Esq on behalf of Rumeysa Ozturk.(Allard, Monica) (Entered: 04/05/2025) |
| 04/06/2025 | 50 | NOTICE of Hearing: Status Conference set for 4/7/2025 12:00 PM by telephone before Judge William K. Sessions III.(law) (Entered: 04/06/2025) |
| 04/06/2025 | 51 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Ramzi Kassem (Filing fee $ 150 receipt number AVTDC−2055485) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Ramzi Kassem, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/7/2025 to clarify text/attachments and Attachment 1 replaced on 4/7/2025) (sjl). (Entered: 04/06/2025) |
| 04/06/2025 | 52 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Mudassar Hayat Toppa (Filing fee $ 150 receipt number AVTDC−2055486) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Mudasssar Hayat Toppa, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/7/2025 to clarify text/attachments (sjl). (Entered: 04/06/2025) |
| 04/06/2025 | 53 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Mahsa Khanbabai (Filing fee $ 150 receipt number AVTDC−2055495) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Mahsa Khanbabai, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/7/2025 to clarify text/attachments and Attachment 1 replaced on 4/7/2025) (sjl). (Entered: 04/06/2025) |
| 04/06/2025 | | (Court only) ***Add and Terminate Attorneys: Attorney Ramzi Kassem, Esq., Mudassar H. Toppa, Esq. for Rumeysa Ozturk added pursuant to filing of 51 and 52 . (sjl) (Entered: 04/07/2025) |
| 04/07/2025 | 54 | ORDER granting 52 Unopposed Motion for Admission Pro Hac Vice of Mudassar Hayat Toppa. Signed by Judge William K. Sessions III on 4/7/2025. (This is a text−only Order.) (eae) (Entered: 04/07/2025) |
| 04/07/2025 | 55 | NOTICE OF APPEARANCE by Michael P. Drescher, AUSA on behalf of Patricia Hyde, Michael Krol, Donald J Trump, Marco A. Rubio, Todd Lyons, Kristi Noem.(Drescher, Michael) (Entered: 04/07/2025) |
| 04/07/2025 | 56 | NOTICE OF DOCKET ENTRY CORRECTION re: 53 UNOPPOSED MOTION for Appearance Pro Hac Vice of Mahsa Khanbabai. The Affidavit has been replaced to include the signature which was omitted at the time of filing. The corrected document |

| | | |
|---|---|---|
| | | is now attached to 53 and this entry. (sjl) (Entered: 04/07/2025) |
| 04/07/2025 | 57 | ORDER granting 53 Unopposed Motion for Admission Pro Hac Vice of Mahsa Khanbabai. Signed by Judge William K. Sessions III on 4/7/2025. (This is a text−only Order.) (eae) (Entered: 04/07/2025) |
| 04/07/2025 | 58 | NOTICE OF DOCKET ENTRY CORRECTION re: 51 UNOPPOSED MOTION for Appearance Pro Hac Vice of Ramzi Kassem. The Affidavit has been replaced with a corrected version. The corrected document is now attached to 51 and this entry. (sjl) (Entered: 04/07/2025) |
| 04/07/2025 | 59 | ORDER granting 51 Unopposed Motion for Admission Pro Hac Vice of Ramzi Kassem. Signed by Judge William K. Sessions III on 4/7/2025. (This is a text−only Order.) (eae) (Entered: 04/07/2025) |
| 04/07/2025 | 60 | MINUTE ENTRY for proceedings held before Judge William K. Sessions III: Status Conference held on 4/7/2025. Present by telephone Ramzi Kassem, Esq. for petitioner and Michael Drescher, AUSA for respondent. Court inquires. Statements by counsel. ORDERED: supplemental briefs due by 4/10/2025 at 5pm and summary of testimony, if needed, due by 4/11/2025 at 5pm; further hearing may be set for Monday and/or Tuesday if necessary; page limitations are waived on additional briefing. (Court Reporter: Sarah M. Bentley) (law) (Entered: 04/07/2025) |
| 04/07/2025 | | (Court only) ***Staff note: copy of Docs 54, 57 and 59 (TOOs) mailed to non−NEF parties. (law) (Entered: 04/07/2025) |
| 04/08/2025 | 61 | MOTION for Appearance Pro Hac Vice of Matthew Brinckerhoff (Filing fee $ 150 receipt number AVTDC−2056634) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Matthew Brinckerhoff, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/9/2025 to clarify attachments (sjl). (Entered: 04/08/2025) |
| 04/08/2025 | 62 | MOTION for Appearance Pro Hac Vice of Sonya Levitova (Filing fee $ 150 receipt number AVTDC−2056635) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Sonya Levitova, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/9/2025 to clarify attachments (sjl). (Entered: 04/08/2025) |
| 04/08/2025 | 63 | MOTION for Appearance Pro Hac Vice of Katherine Rosenfeld (Filing fee $ 150 receipt number AVTDC−2056636) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Katherine Rosenfeld, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/9/2025 to clarify attachments (sjl). (Entered: 04/08/2025) |
| 04/08/2025 | 64 | MOTION for Appearance Pro Hac Vice of Vasudha Talla (Filing fee $ 150 receipt number AVTDC−2056637) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Vasudha Talla, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/9/2025 to clarify attachments (sjl). (Entered: 04/08/2025) |
| 04/08/2025 | 65 | MOTION for Appearance Pro Hac Vice of Brett Kaufman (Filing fee $ 150 receipt number AVTDC−2056644) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Brett Kaufman, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/9/2025 to clarify attachments (sjl). (Entered: 04/08/2025) |
| 04/08/2025 | | (Court only) ***Add and Terminate Attorneys: Attorney Brett M. Kaufman, Esq. for Rumeysa Ozturk added pursuant to filing of 65 . (sjl) (Entered: 04/09/2025) |
| 04/09/2025 | 66 | TRANSCRIPT of Telephonic Status Conference hearing held on April 7, 2025, before Judge William K. Sessions III. Court Reporter/Transcriber Sarah M. Bentley, contact information: sbireland7@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/5/2025. Redacted Transcript Deadline set for 5/15/2025. Release of Transcript Restriction set for 7/11/2025. (law) (Entered: 04/09/2025) |
| 04/09/2025 | 67 | ORDER granting 61 Motion for Admission Pro Hac Vice of Matthew Brinckerhoff; granting 62 Motion for Admission Pro Hac Vice of Sonya Levitova ; granting 63 Motion for Admission Pro Hac Vice of Katherine Rosenfeld; granting 64 Motion for Admission Pro Hac Vice of Vasudha Talla; granting 65 Motion for Admission Pro Hac Vice of Brett Kaufman. Signed by Judge William K. Sessions III on 4/9/2025. (This is a text−only Order.) (eae) (Entered: 04/09/2025) |

| | | |
|---|---|---|
| 04/09/2025 | | (Court only) ***Staff note: copy of Doc 67 (TOO) mailed to non–NEF parties. (law) (Entered: 04/09/2025) |
| 04/09/2025 | 68 | NOTICE OF APPEARANCE by Matthew D. Brinckerhoff, Esq on behalf of Rumeysa Ozturk.(Brinckerhoff, Matthew) (Entered: 04/09/2025) |
| 04/09/2025 | 69 | NOTICE OF APPEARANCE by Katherine Rosenfeld, Esq on behalf of Rumeysa Ozturk.(Rosenfeld, Katherine) (Entered: 04/09/2025) |
| 04/09/2025 | 70 | NOTICE OF APPEARANCE by Vasudha Talla, Esq on behalf of Rumeysa Ozturk.(Talla, Vasudha) (Entered: 04/09/2025) |
| 04/09/2025 | 71 | NOTICE OF APPEARANCE by Sonya Levitova, Esq on behalf of Rumeysa Ozturk.(Levitova, Sonya) (Entered: 04/09/2025) |
| 04/09/2025 | 72 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Julian Bava (Filing fee $ 150 receipt number AVTDC–2057391) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Julian Bava, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/10/2025 to clarify text/attachments (sjl). (Entered: 04/09/2025) |
| 04/09/2025 | 73 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Esha Bhandari (Filing fee $ 150 receipt number AVTDC–2057394) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Esha Bhandari, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/10/2025 to clarify text/attachments (sjl) Modified on 4/10/2025 (sjl). (Entered: 04/09/2025) |
| 04/09/2025 | 74 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Brian Hauss (Filing fee $ 150 receipt number AVTDC–2057395) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Brian Hauss, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/10/2025 to clarify text/attachments (sjl). (Entered: 04/09/2025) |
| 04/09/2025 | 75 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Noor Zafar (Filing fee $ 150 receipt number AVTDC–2057396) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Noor Zafar, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/10/2025 to clarify text/attachments (sjl). (Entered: 04/09/2025) |
| 04/09/2025 | | (Court only) ***Add and Terminate Attorneys: Attorneys Esha Bhandari, Esq., Brian Hauss, Esq., and Noor Zafar, Esq. for Rumeysa Ozturk added pursuant to filing of 73 , 74 , and 75 . (sjl) (Entered: 04/10/2025) |
| 04/10/2025 | 76 | ORDER granting 72 Motion for Admission Pro Hac Vice of Julian Bava; granting 73 Motion for Admission Pro Hac Vice of Esha Bhandari; granting 74 Motion for Admission Pro Hac Vice of Brian Hauss; granting 75 Motion for Admission Pro Hac Vice of Noor Zafar. Signed by Judge William K. Sessions III on 4/10/2025. (This is a text–only Order.) (eae) (Entered: 04/10/2025) |
| 04/10/2025 | 77 | NOTICE OF APPEARANCE by Gary L. Franklin, Esq on behalf of Ansche Chesed, Bend the Arc: A Jewish Partnership for Justice, B'nai Jeshurun, Congregation Beth Elohim, Congregation Dorshei Tzedek, West Newton, Habonim Dror, Harvard Jewish Progressive Alumni, IKAR, J Street, Jewish Center for Justice, Jewish Labor Committee, Keshet, Leo Baeck Temple, Ma'yan Tikvah, New England Jewish Labor Committee, New Israel Fund, New Jewish Narrative, Nexus Project, T'ruah: The Rabbinic Call for Human Rights, Massachusetts, The Boston Workers Circle, The Reconstructionist Rabbinical Assoc, The Workers Circle, Worcester Havurah, Jewish Alliance for Law and Social Action, New York Jewish Agenda, Temple Emanu–El, Temple Micah.(Franklin, Gary) Filers added on 4/10/2025 (law). (Entered: 04/10/2025) |
| 04/10/2025 | 78 | NOTICE of Hearing re: Motion to Dismiss: Motion Hearing set for 4/14/2025 at 09:30 AM in Burlington Courtroom 110 before Judge William K. Sessions III. (law) (see page 2 of notice for Zoom information)<br><br>Please be reminded that Judicial Conference policy prohibits the broadcasting of proceedings in federal courts. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceedings pursuant to Judicial Conference policy. This prohibition applies to counsel, the parties, the media and any member of the public. Violation of these prohibitions may result in sanctions, including removal of court |

| | | |
|---|---|---|
| | | issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Entered: 04/10/2025) |
| 04/10/2025 | | (Court only) ***Staff note: copy of Doc 78 mailed to non–NEF parties. (law) (Entered: 04/10/2025) |
| 04/10/2025 | | (Court only) ***Staff note: copy of Doc 76 (TOO) mailed to non–NEF parties. (law) (Entered: 04/10/2025) |
| 04/10/2025 | 79 | MOTION for Appearance Pro Hac Vice of Robert Balin, Jeremy Chase, Linda Steinman, Victor Kovner, Abigail Everdell, Rachel Strom, James Rosenfeld, Jesse Feitel, Adam Sieff, Rachel Goldberg, Nathan Siegel, Alison Schary (Filing fee $ 1,800 receipt number 5670) filed by Ansche Chesed, Bend the Arc: A Jewish Partnership for Justice, B'nai Jeshurun, Congregation Beth Elohim, Congregation Dorshei Tzedek, Habonim Dror, Harvard Jewish Progressive Alumni, IKAR, J Street, Jewish Center for Justice, Jewish Labor Committee, Keshet, Leo Baeck Temple, Ma'yan Tikvah, New England Jewish Labor Committee, New Israel Fund, New Jewish Narrative, Nexus Project, T'ruah: The Rabbinic Call for Human Rights, Massachusetts, The Boston Workers Circle, The Reconstructionist Rabbinical Assoc, The Workers Circle, Worcester Havurah, Jewish Alliance for Law and Social Action (JALSA), New York Jewish Agenda, Temple Emanu–El, Temple Micah (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X) (Franklin, Gary) Modified on 4/11/2025 to clarify attachments and include receipt number (sjl). (Entered: 04/10/2025) |
| 04/10/2025 | 80 | MOTION for Leave to File *an Amicus Curiae Brief* filed by Brett F Stokes, International Law Professors, Experts, Practitioners and Scholars. (Attachments: # 1 Proposed Order, # 2 Proposed Brief)(Stokes, Brett) (Entered: 04/10/2025) |
| 04/10/2025 | 81 | SUPPLEMENTAL MEMORANDUM by Rumeysa Ozturk *on Jurisdictional Issues*. (Allard, Monica) (Entered: 04/10/2025) |
| 04/10/2025 | 82 | MOTION for Release Under *MAPP v. RENO or in the Alternative* MOTION for Return to Vermont *with Request for Oral Argument/Hearing* filed by Rumeysa Ozturk (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Ernst, Lia) Text clarified and Added MOTION for Return to Vermont on 4/10/2025 (law). (Additional attachment(s) added on 4/11/2025: # 11 Exhibit 1*(redacted)*, # 12 Index of Exhibits) (law). (Entered: 04/10/2025) |
| 04/10/2025 | 83 | SUPPLEMENTAL MEMORANDUM in Opposition re: 12 Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by Patricia Hyde, Michael Krol, Donald J Trump, Marco A. Rubio, Todd Lyons, Kristi Noem. (Drescher, Michael) Text clarified on 4/10/2025 (law). (Entered: 04/10/2025) |
| 04/10/2025 | 84 | SUPPLEMENTAL BRIEFING in Opposition to 82 MOTION for Release Under *MAPP v. RENO or in the Alternative* MOTION for Return to Vermont filed by Patricia Hyde, Michael Krol, Donald J Trump, Marco A. Rubio, Todd Lyons, Kristi Noem. (Drescher, Michael) Text clarified on 4/10/2025 (law). (Entered: 04/10/2025) |
| 04/10/2025 | 85 | MOTION for Leave to File *Amici Curiae Brief* filed by Ansche Chesed, Bend the Arc: A Jewish Partnership for Justice, B'nai Jeshurun, Congregation Beth Elohim, Congregation Dorshei Tzedek, Habonim Dror, Harvard Jewish Progressive Alumni, IKAR, J Street, Jewish Center for Justice, Jewish Labor Committee, Keshet, Leo Baeck Temple, Ma'yan Tikvah, New England Jewish Labor Committee, New Israel Fund, New Jewish Narrative, Nexus Project, T'ruah: The Rabbinic Call for Human Rights, Massachusetts, The Boston Workers Circle, The Reconstructionist Rabbinical Assoc, The Workers Circle, Worcester Havurah, Jewish Alliance for Law and Social Action, New York Jewish Agenda, Temple Emanu–El, Temple Micah. (Attachments: # 1 Proposed Brief)(Franklin, Gary) Text clarified on 4/10/2025 (law). (Entered: 04/10/2025) |
| 04/10/2025 | | (Court only) ***Terminate Deadline: Supplemental/Post Hearing Memo pursuant to filing of Docs 81 – 84 . (law) (Entered: 04/10/2025) |

| | | |
|---|---|---|
| 04/10/2025 | 86 | MOTION for Appearance Pro Hac Vice of Sidra Mahfooz (Filing fee $ 150 receipt number AVTDC–2058449) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Sidra Mahfooz, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/11/2025 to clarify attachments and Attachment 1 replaced on 4/11/2025) (sjl). (Entered: 04/10/2025) |
| 04/10/2025 | | (Court only) ***Add and Terminate Attorneys: Attorney Sidra Mahfooz, Esq. for Rumeysa Ozturk added pursuant to filing of 86 . (sjl) (Entered: 04/11/2025) |
| 04/10/2025 | | (Court only) ***Add and Terminate Attorneys: Attorneys Robert D. Balin, Esq., Jeremy A. Chase, Esq., Linda Steinman, Esq., Victor A. Kovner, Esq., Abigail Everdell, Esq., Rachel F. Strom, Esq., James Rosenfeld, Esq., Jesse Feitel, Esq., Adam S. Sieff, Esq., Rachel R. Goldberg, Esq., Nathan Siegel, Esq., and Alison Schary, Esq. for Ansche Chesed, B'nai Jeshurun, Bend the Arc: A Jewish Partnership for Justice, Congregation Beth Elohim, Congregation Dorshei Tzedek, Habonim Dror, Harvard Jewish Progressive Alumni, IKAR, J Street, Jewish Alliance for Law and Social Action, Jewish Center for Justice, Jewish Labor Committee, Keshet, Leo Baeck Temple, Ma'yan Tikvah, New England Jewish Labor Committee, New Israel Fund, New Jewish Narrative, New York Jewish Agenda, Nexus Project, T'ruah: The Rabbinic Call for Human Rights, Temple Emanu–El, Temple Micah, The Boston Workers Circle, The Reconstructionist Rabbinical Assoc, The Workers Circle, and Worcester Havurah added pursuant to filing of 79 . (sjl) (Entered: 04/11/2025) |
| 04/11/2025 | 87 | NOTICE OF DOCKET ENTRY CORRECTION re: 86 MOTION for Appearance Pro Hac Vice of Sidra Mahfooz. Attachment 1 has been replaced to correct the PDF size and remove illegible PDF headers. The corrected document is now attached to 86 and this entry. (sjl) (Entered: 04/11/2025) |
| 04/11/2025 | 88 | ORDER granting 86 Motion for Admission Pro Hac Vice of Sidra Mahfooz. Signed by Judge William K. Sessions III on 4/11/2025. (This is a text–only Order.) (eae) (Entered: 04/11/2025) |
| 04/11/2025 | 89 | ORDER granting 79 Motion for Admission Pro Hac Vice of Robert Balin, Jeremy Chase, Linda Steinman, Victor Kovner, Abigail Everdell, Rachel Strom, James Rosenfeld, Jesse Feitel, Adam Sieff, Rachel Goldberg, Nathan Siegel, and Alison Schary. Signed by Judge William K. Sessions III on 4/11/2025. (This is a text–only Order.) (eae) (Entered: 04/11/2025) |
| 04/11/2025 | | (Court only) ***Staff note: copy of Docs 88 and 89 (TOOs) mailed to non–NEF parties. (law) (Entered: 04/11/2025) |
| 04/11/2025 | 90 | NOTICE OF DOCKET ENTRY CORRECTION re: 82 MOTION for Release Under *MAPP v. RENO or in the Alternative* MOTION for Return to Vermont filed by Rumeysa Ozturk. Exhibit 1 has been sealed in accordance with F.R.Civ.P. 5.2. Also, the required Index of Exhibits was not included at the time of filing. The redacted exhibit and index are now attached to 82 and this entry. (Attachments: # 1 Index of Exhibits) (law) (Entered: 04/11/2025) |
| 04/11/2025 | 91 | SUPPLEMENTAL DOCUMENT(S) re: *Jurisdictional Issues and* 82 MOTION for Release Under *MAPP v. RENO or in the Alternative* MOTION for Return to Vermont by Rumeysa Ozturk. (Attachments: # 1 Exhibit 12)(Ernst, Lia) Text clarified on 4/13/2025 (law). (Entered: 04/11/2025) |
| 04/11/2025 | 92 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Rachel Davidson (Filing fee $ 150 receipt number AVTDC–2059258) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Rachel Davidson, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/14/2025 to clarify text/attachments (sjl). (Entered: 04/11/2025) |
| 04/11/2025 | 93 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Adriana Lafaille (Filing fee $ 150 receipt number AVTDC–2059259) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Adriana Lafaille, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/14/2025 to clarify text/attachments (sjl). (Entered: 04/11/2025) |
| 04/11/2025 | 94 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Jessie J. Rossman (Filing fee $ 150 receipt number AVTDC–2059260) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Jessie Rossman, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/14/2025 to clarify text/attachments (sjl). (Entered: 04/11/2025) |

| | | | |
|---|---|---|---|
| 04/13/2025 | 95 | | SUPPLEMENTAL DOCUMENT(S) re: 82 MOTION for Release Under *MAPP v. RENO or in the Alternative* MOTION for Return to Vermont by Rumeysa Ozturk. (Attachments: # 1 Exhibit 13)(Levitova, Sonya) (Entered: 04/13/2025) |
| 04/14/2025 | 96 | | ORDER granting 92 Motion for Admission Pro Hac Vice of Rachel Davidson; granting 93 Motion for Admission Pro Hac Vice of Adriana Lafaille; granting 94 Motion for Admission Pro Hac Vice of Jessie J. Rossman. Signed by Judge William K. Sessions III on 4/14/2025. (This is a text−only Order.) (eae) (Entered: 04/14/2025) |
| 04/14/2025 | | | (Court only) ***Staff note: copy of Doc 96 (TOO) mailed to non−NEF parties. (law) (Entered: 04/14/2025) |
| 04/14/2025 | 97 | | MINUTE ENTRY for proceedings held before Judge William K. Sessions III: Motion Hearing held on 4/14/2025 re: Motion to Dismiss and 82 MOTION for Release Under *MAPP v. RENO or in the Alternative* MOTION for Return to Vermont. Adriana Lafaille, Jessie Rossman, Lisa Ernst, Monica Allard and Noor Zafar, Esqs. present for petitioner. Michael Drescher, AUSA present for respondents. Statements by counsel. ORDERED: motions taken under advisement. (Court Reporter: Sarah Bentley) (law) (Entered: 04/14/2025) |
| 04/16/2025 | 98 | | TRANSCRIPT of Motion hearing held on April 14, 2025, before Judge William K. Sessions III. Court Reporter/Transcriber Sarah M. Bentley, telephone number sbireland7@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/12/2025. Redacted Transcript Deadline set for 5/22/2025. Release of Transcript Restriction set for 7/18/2025. (law) (Entered: 04/16/2025) |
| 04/16/2025 | 99 | | SUPPLEMENTAL DOCUMENT(S) re: 82 MOTION for Release Under MAPP v. RENO *or in the Alternative* MOTION for Return to Vermont by Rumeysa Ozturk. (Ernst, Lia) Link added on 4/17/2025 (law). (Entered: 04/16/2025) |
| 04/17/2025 | 100 | | NOTICE OF DOCKET ENTRY CORRECTION re: 26 REPLY to Response to 1 Petition for Writ of Habeas Corpus − 2241 filed by Rumeysa Ozturk. Exhibit 1 has been sealed in accordance with F.R.Civ.P. 5.2. A redacted version is now attached to 26 and this entry. (law) (Entered: 04/17/2025) |
| 04/17/2025 | 101 | | SUPPLEMENTAL DOCUMENT(S) re: 82 MOTION for Release *Under MAPP v. RENO or in the Alternative* MOTION for Return to Vermont by Rumeysa Ozturk. (Ernst, Lia) (Text and link clarified, Main Document 101 replaced and Attachment(s) added on 4/17/2025: # 1 Exhibit A) (law). (Entered: 04/17/2025) |
| 04/17/2025 | 102 | | NOTICE OF DOCKET ENTRY CORRECTION re: 101 Supplemental Document to 82 MOTION for Release *Under MAPP v. RENO or in the Alternative* MOTION for Return to Vermont filed by Rumeysa Ozturk. The document and its exhibit was uploaded as a singular PDF. The documents have been broken apart and are now separately attached to 101 and this entry. (Attachments: # 1 Exhibit A) (law) (Entered: 04/17/2025) |
| 04/18/2025 | 103 | | RESPONSE to 99 Supplemental Document re: 82 MOTION for Release *Under MAPP v. RENO or in the Alternative* MOTION for Return to Vermont by Patricia Hyde, Michael Krol, Donald J Trump, Marco A. Rubio, Todd Lyons, Kristi Noem. (Drescher, Michael) Text clarified, link added on 4/20/2025 (law). (Entered: 04/18/2025) |
| 04/18/2025 | 104 | | OPINION AND ORDER re: court to retain jurisdiction; petitioner is to be transferred to ICE custody within the District of Vermont no later than 5/1/2025; a bail hearing will be scheduled for 5/9/2025; parties are ordered to submit briefs and present all evidence related to issue of bail by 5/2/2025; a hearing on the merits of the habeas petition will be held 5/22/2025 and the court stays the effect of this order for 4 days to allow either party to appeal this order. Signed by Judge William K. Sessions III on 4/18/2025. (law) (Entered: 04/18/2025) |
| 04/18/2025 | | | (Court only) ***Staff note: copy of Doc 104 provided to non−NEF parties. (law) (Entered: 04/18/2025) |
| 04/18/2025 | | | (Court only) Set Deadline : Supplemental/Post Hearing Memorandum due by 5/2/2025 re: briefs and evidence related to issue of bail pursuant to Doc 104 . (law) (Entered: |

| | | |
|---|---|---|
| | | 04/21/2025) |
| 04/22/2025 | 105 | NOTICE OF APPEAL as to 104 Opinion and by Patricia Hyde, Michael Krol, Donald J Trump, Marco A. Rubio, Todd Lyons, Kristi Noem. (Drescher, Michael) (Entered: 04/22/2025) |
| 04/22/2025 | 106 | MOTION to Continue Stay Pending Appeal re 104 Opinion and Order filed by Patricia Hyde, Michael Krol, Donald J Trump, Marco A. Rubio, Todd Lyons, Kristi Noem. (Drescher, Michael) Text clarified on 4/23/2025 (law). (Entered: 04/22/2025) |
| 04/23/2025 | 107 | RESPONSE in Opposition re 106 MOTION to Continue Stay Pending Appeal re 104 Opinion and Order filed by Rumeysa Ozturk. (Ernst, Lia) (Entered: 04/23/2025) |
| 04/23/2025 | 108 | REPLY to 99 Supplemental Document re: 82 MOTION for Release *Under MAPP v. RENO or in the Alternative* MOTION for Return to Vermont *regarding request for production of memoranda* by Rumeysa Ozturk. (Ernst, Lia) Text clarified and link added on 4/24/2025 (law). (Entered: 04/23/2025) |
| 04/23/2025 | | (Court only) ***Terminate Deadline: Response to 106 Motion to Continue Stay pursuant to filing of Doc 107 . (law) (Entered: 04/24/2025) |
| 04/24/2025 | 109 | OPINION AND ORDER denying 106 Motion to Continue Stay Pending Appeal re 104 Opinion and Order. Signed by Judge William K. Sessions III on 4/24/2025. (law) (Entered: 04/24/2025) |
| 04/24/2025 | | (Court only) ***Staff note: copy of Doc 109 mailed to non−NEF parties (note: AUSA Mark Sauter mailed to updated address with USAO D−MA). (law) (Entered: 04/24/2025) |
| 04/24/2025 | | (Court only) ***Staff note: Docs 48, 67 and 59 remailed to AUSA Sauter at updated address. (law) (Entered: 04/24/2025) |
| 04/24/2025 | 110 | NOTICE of Hearing: Bail Hearing set for 5/9/2025 09:30 AM in Burlington Courtroom 110 before Judge William K. Sessions III.(law) (Entered: 04/24/2025) |
| 04/25/2025 | 111 | NOTICE OF APPEARANCE by Hillary A. Rich, Esq on behalf of Rumeysa Ozturk.(Rich, Hillary) (Entered: 04/25/2025) |
| 04/25/2025 | 112 | MOTION for Leave to File Amicus Brief and MOTION to Expedite filed by E.S. (Attachments: # 1 Proposed Amicus Brief)(law) (Entered: 04/25/2025) |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| RUMEYSA OZTURK, | ) | |
| Petitioner, | ) | |
| v. | ) | Circuit No. 25-1019 |
| DONALD J. TRUMP, in his official capacity as President of the United States, PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State, | ) ) ) ) ) ) ) ) | District No. 2:25-cv-374 |
| Respondents. | ) | |

I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont, hereby certify that the foregoing copy of the relevant docket entries comprises the Index of the original document number 1 - 112, constitutes the Record on Appeal.

In Testimony whereof, I have hereunto subscribed my name and affixed the Seal of the aforesaid Court at Burlington, Vermont, this 28th day of April, 2025.

JEFFREY S. EATON
Clerk of Court



By: Kathleen Carter, Deputy Clerk