# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-five.

_____

| | |
|---|---|
| Rumeysa Ozturk, | **ORDER** |
|     Petitioner - Appellee, | Docket No. 25-1019 |
| v. | |
| Patricia Hyde, in her official capacity as the New England Field Director for U.S. Immigration and Customs Enforcement, Michael Krol, in his official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Donald J. Trump, in his official capacity as President of the United States, | |
|     Respondents - Appellants. | |

_____

    Immigration Lawyers, Law Professors, and Scholars seek leave to file an amici curiae brief in support of Petitioner-Appellee Rumeysa Ozturk.

    IT IS HEREBY ORDERED that the motion to file an amici brief is REFERRED to the panel that will determine the merits of the appeal.

                                                                For the Court:
                                                                Catherine O'Hagan Wolfe,
                                                                Clerk of Court

