## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Ozturk v. Hyde  **Docket No.:** 25-1019

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Omar C. Jadwat

**Firm:** American Civil Liberties Union Foundation

**Address:** 125 Broad Street, New York, NY 10004

**Telephone:** 212-549-3620  **Fax:**

**E-mail:** ojadwat@aclu.org

**Appearance for:** Petitioner-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: American Civil Liberties Union Foundation )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 05/26/2022  OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Omar C. Jadwat

**Type or Print Name:** Omar C. Jadwat