# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand twenty-five.

Before:      Barrington D. Parker,
                Susan L. Carney,
                Alison J. Nathan,
                      *Circuit Judges.*

---

Rumeysa Öztürk,

      *Petitioner - Appellee,*

  v.

Patricia Hyde, in her official capacity as the New England Field Director for U.S. Immigration and Customs Enforcement, et al.,

      *Respondents - Appellants.*

---

**ORDER**

Docket No. 25-1019

      The Intercept, a nonprofit digital news outlet, has filed a request that the restrictions pertaining to public access to the docket in this case be lifted. <u>See,</u> Federal Rule of Appellate Procedure 25(a)(5) and Federal Rule of Civil Procedure 5.2(c).

      IT IS HEREBY ORDERED that the request is deemed a motion. The parties are directed to advise the Court of their position regarding this request, by letter filed no later than May 9, 2025 at 12:00 p.m.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court