

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

EHM:DYS:ATD:atd                                         Tel: (202) 305-7040

*Washington, D.C. 20530*

**VIA ACMS**                                              May 8, 2025

Ms. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, NY 10007

    Re:    *Ozturk v. Hyde, et. al.*,
           No. 25-1019 (2d Cir.)
           **Position on Restrictions Pertaining to Public Access**

Dear Ms. Wolfe:

    This letter is in response to the Court's order regarding the parties' position on the restrictions pertaining to public access to the docket be lifted. *See* Dkt. No. 76. Respondents-Appellants, through undersigned counsel, hereby take no position, as the docket contains mainly Petitioner-Appellee Rumeysa Ozturk's information.

                                                      Sincerely,

                                                      */s/ Alanna T. Duong*
                                                      ALANNA T. DUONG
                                                      Senior Litigation Counsel
                                                      Office of Immigration Litigation
                                                      Civil Division, U.S. Dept. of Justice
                                                      P.O. Box 878, Ben Franklin Station
                                                      Washington, DC 20044
                                                      Tel:   (202) 305-7040
                                                      alanna.duong@usdoj.gov

CC:   Counsels for Rumeysa Ozturk (via ACMS)

## CERTIFICATE OF SERVICE

I certify that on May 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the ACMS System.  I further certify that all participants in this case are registered ACMS users and that service will be accomplished by that system.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice