# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand twenty-five.

Before:      Barrington D. Parker,
                Susan L. Carney,
                Alison J. Nathan,
                    *Circuit Judges.*

___

Rumeysa Öztürk,

    *Petitioner - Appellee,*

  v.

Patricia Hyde, in her official capacity as the New England Field Director for U.S. Immigration and Customs Enforcement, et al.,

    *Respondents - Appellants.*

___

**ORDER**

Docket No. 25-1019

      The Intercept, a nonprofit digital news outlet, has filed a request that the restrictions pertaining to public access to the docket in this case be lifted. <u>See,</u> Federal Rule of Appellate Procedure 25(a)(5) and Federal Rule of Civil Procedure 5.2(c). Petitioner consents to lifting the restrictions on access to the docket. Respondents take no position on the request.

      IT IS HEREBY ORDERED that the request is GRANTED.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

