## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1019    Caption [use short title]

**Motion for:** motion to expedite consideration of appeal

and proposed briefing schedule

Set forth below precise, complete statement of relief sought:

Set the briefing schedule the government proposed and

expedite consideration of this appeal

# Ozturk v. Hyde

**MOVING PARTY:** Hyde   **OPPOSING PARTY:** Ozturk

- [ ] Plaintiff  [ ] Defendant
- [✓] Appellant/Petitioner [ ] Appellee/Respondent

**MOVING ATTORNEY:** Alanna T. Duong  **OPPOSING ATTORNEY:** Monica H. Allard

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Civil Division, U.S. Department of Justice | American Civil Liberties Union of Vermont |
| P.O. Box 878, Ben Franklin Station, Washington, DC 20044 | P.O. Box 277 Montpelier, VT 05601 |
| 202-305-7040 / alanna.duong@usdoj.gov | 802-251-7091 / mallard@acluvt.org |

**Court- Judge/ Agency appealed from:** District of Vermont / Hon. William K. Sessions III

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [✓] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[✓] Yes [ ] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency:
Return date by April 29, 2025. The District Court ordered that ICE transfer the alien by
May 1, 2025.

Is oral argument on motion requested? [ ] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [ ] No If yes, enter date: _____

**Signature of Moving Attorney:**

/s/Alanna T. Duong **Date:** 5/20/2025 Service by: [✓] CM/ECF [ ] Other [Attach proof of service]

# No. 25-1019

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

**RUMEYSA OZTURK,**
**Petitioner-Appellee,**

**v.**

**PATRICIA HYDE, ET AL.,**
**Respondents-Appellants.**

## OPPOSED MOTION TO EXPEDITE CONSIDERATION OF APPEAL
## AND PROPOSED BRIEFING SCHEDULE

On Friday, May 9, 2025, the parties were directed to confer on a briefing schedule. The parties have conferred and could not agree on a briefing schedule. Therefore, the government, through undersigned counsel, hereby proposes the following briefing schedule and moves the Court to expedite consideration of this appeal, including scheduling oral argument during the first available sitting in September or thereafter.

In particular, the government proposes that the Court order the opening brief due on Monday, June 30, 2025; that Ms. Ozturk's answering brief is due on Thursday, July 31, 2025; and the reply brief is due on Thursday, August 14, 2025. Ms. Ozturk, through counsel, opposes this schedule and will respond.

Because the district court's order contravenes a multitude of precedents confirming the Immigration and Nationality Act's many jurisdictional bars and the government has an interest in effecting statutes enacted by representatives of its people, the government requests that this Court set a briefing schedule in accordance with its proposal and expedite consideration of this appeal, including scheduling oral argument during the first available sitting in September or thereafter.

## CONCLUSION

The Court should grant the government's motion to expedite.

Respectfully submitted,

/s/Alanna T. Duong

| | |
|---|---|
| YAAKOV M. ROTH | ALANNA T. DUONG |
| Acting Assistant Attorney General | Senior Litigation Counsel |
| Civil Division | Office of Immigration Litigation |
| | Civil Division, U.S. Dept. of Justice |
| DREW C. ENSIGN | P.O. Box 878, Ben Franklin Station |
| Deputy Assistant Attorney General | Washington, DC 20044 |
| | Tel: (202) 305-7040 |
| MELISSA NEIMAN-KELTING | alanna.duong@usdoj.gov |
| Assistant Director | |
| Office of Immigration Litigation | |
| | |
| May 20, 2025 | Attorneys for Respondents-Appellants |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains 191 words, exclusive of the tables of contents and citations, and certificates of counsel.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice

May 20, 2025                                    Attorney for Respondents-Appellants

## CERTIFICATE OF SERVICE

I certify that on May 20, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS system. I further certify that all participants in the case are registered ACMS users and that service will be accomplished through that system.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice
