# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Ozturk v. Hyde  **Docket No.:** 25-1019

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Hillary Rich

**Firm:** ACLU Foundation of Vermont

**Address:** PO Box 277, Montpelier, VT 05601

**Telephone:** 802-223-6304  **Fax:** 802-223-6304

**E-mail:** hrich@acluvt.org

**Appearance for:** Rumeya Ozturk, Petitioner-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Brett Max Kaufman, American Civil Liberties Union Foundation)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/Hillary Rich

**Type or Print Name:** Hillary Rich