# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand twenty-five.

Before:      Barrington D. Parker,
                Susan L. Carney,
                Alison J. Nathan,
                       *Circuit Judges.*

---

Rumeysa Öztürk,

      *Petitioner - Appellee,*

  v.

Patricia Hyde, in her official capacity as the New England Field Director for U.S. Immigration and Customs Enforcement, et al.,

      *Respondents - Appellants.*

---

**ORDER**

Docket No. 25-1019

      Appellants filed the notice of appeal on April 22, 2025, and filed an emergency motion to stay the district court's order to transfer Appellee to Vermont pending appeal on April 24, 2025. Appellee's opposition to the stay motion was filed on April 25, 2025. An administrative stay pending consideration by the three-judge panel sitting on May 6, 2025, was put in place on April 28, 2025. By an opinion issued May 7, 2025, we denied the motion for the stay and related relief. We directed the parties to confer with the Clerk to set a briefing schedule for the merits of the appeal.

      The parties were unable to agree on a briefing schedule, and on May 20, 2025, Appellants moved to expedite the appeal and proposed a schedule. Appellants proposed that they be given 54 days from the denial of the motion to stay pending appeal to file their opening brief. They also proposed that Appellee be given 30 days to respond. Appellee filed her opposition to the motion to expedite on May 21, 2025, and counter-proposed a briefing schedule whereby Appellee's brief would be filed the standard 91 days following the filing of Appellants' brief, pursuant to L.R. 31.2(a). In the alternative, Appellee requested that each party be provided the same time to file their brief.

IT IS HEREBY ORDERED that the Appellants' motion to expedite the appeal is GRANTED. The parties will be provided equal time in the briefing schedule. Accordingly: Appellants' brief is due June 27, 2025. Appellee's brief is due August 18, 2025. The reply brief, if any, is due September 2, 2025. Although Appellants' motion to consolidate this appeal with *Mohsen Mahdawi v. Donald J. Trump, et al.*, Docket No. 25-1113 was denied pursuant to Fed. R. App. P. 3(b)(2), the appeals will be heard in tandem. The Clerk is directed to schedule the appeals to be heard by the next available panel following the conclusion of briefing.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court