NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ozturk v. Hyde        Docket No.: 25-1019

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Katherine Rosenfeld

Firm: Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Address: 1 Rockefeller Plaza, New York, NY 10020

Telephone: (212)763-5000      Fax: (212)763-5001

E-mail: krosenfeld@ecbawm.com

Appearance for: Rumeysa Ozturk/Petitioner-Appellee
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: Brett Max Kaufman / American Civil Liberties Union Foundation )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____   OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Katherine Rosenfeld

Type or Print Name: Katherine Rosenfeld