# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Ozturk v. Hyde    **Docket No.:** 25-1019

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Michael Tan

**Firm:** American Civil Liberties Union Foundation

**Address:** 425 California Street, Suite 700, San Francisco, CA 94104

**Telephone:** (415) 343-0770    **Fax:** (332) 220-1702

**E-mail:** m.tan@aclu.org

**Appearance for:** Petitioner-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brett Max Kaufman of the American Civil Liberties Union Foundation )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 20, 2025     OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Michael Tan

**Type or Print Name:** Michael Tan