# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Ozturk v. Hyde                                                                 Docket No.: 25-1019

Lead Counsel of Record (name/firm) or Pro se Party (name): Sonya Levitova, Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Appearance for (party/designation): Rumeysa Ozturk (Petitioner-Appellee)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
       Parties: _____
( ) Incorrect.    Please change the following parties' designations:
       Party                                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Sonya Levitova
Firm: Emery Celli Brinckerhoff Abady Ward & Maazel LLP
Address: One Rockefeller Plaza, 8th Floor, New York, NY 10020
Telephone: (212) 763-5000                              Fax: (212) 763-5001
Email: slevitova@ecbawm.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Sonya Levitova
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.