# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-five.

_____

Rumeysa Ozturk,

        Petitioner - Appellee,

  v.

Patricia Hyde, in her official capacity as the New England Field Director for U.S. Immigration and Customs Enforcement, Michael Krol, in his official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Donald J. Trump, in his official capacity as President of the United States,

        Respondents - Appellants.

_____

**ORDER**

Docket No. 25-1019

    Appellants move for an extension until September 12, 2025 to file the reply brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                          For the Court:
                          Catherine O'Hagan Wolfe,
                          Clerk of Court

