## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ozturk v. Hyde    Docket No.: 25-1019

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jonathan Hafetz

Firm: Seton Hall Law School Center for Social Justice

Address: 833 McCarter Hwy.

Telephone: 973-642-8700    Fax: 973-642-8384

E-mail: jonathan.hafetz@shu.edu

Appearance for: Amici Curiae Habeas Scholars Marc D. Falkoff, et al.
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Petitioner-Appellee Rumyesa Ozturk )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 12/23/24    OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Jonathan Hafetz