# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Ozturk v. Hyde  **Docket No.:** 25-1019

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Tyler J Becker

**Firm:** U.S. Department of Justice, Civil Division, Office of the Assistant Attorney General

**Address:** 950 Pennsylvania Ave NW, Washington, DC 20530

**Telephone:** (202) 826-9717   **Fax:**

**E-mail:** tyler.becker@usdoj.gov

**Appearance for:** All Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Drew C Ensign, Alanna T Duong, Michael P Drescher )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Tyler J Becker

**Type or Print Name:** Tyler J Becker