25-1019; 25-1113
*Öztürk v. Hyde*; *Mahdawi v. Trump*

PARKER AND CARNEY, *Senior Circuit Judges*, in support of the denial of rehearing *en banc*:

As members of the three-judge panel that decided the case, we fully endorse the concurrence filed by our third panel member, Judge Nathan, in the Court's denial of the petition for rehearing *en banc*.[1]

---

[1] Senior judges have no vote on a petition for rehearing *en banc*. *See* 28 U.S.C. § 46(c); Fed. R. App. P. 40(c). However, this Court's protocols permit senior judges who were members of the original panel in a case subject to a petition for rehearing *en banc* to file a statement expressing their views where, as here, an active judge has filed an opinion respecting that petition.