March 13, 2026

**<u>VIA ACMS</u>**
Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     **No. 25-1019, *Ozturk v. Hyde, et al.*, Fed. R. App. P. 28(j) Letter
        regarding *Petitioner's Removal Proceedings*.**

Dear Ms. Wolfe,

Undersigned counsel for Petitioner-Appellee Rümeysa Öztürk submits this
Rule 28(j) letter to advise the Court of a further development in Ms. Öztürk's
removal proceedings.

As previously noted to the Court, the Immigration Judge terminated Ms.
Öztürk's removal proceedings on January 29, 2026, finding that DHS had not met
its burden to establish removability. *See* Dkt. No. 238. On February 24, 2026,
Respondent Department of Homeland Security filed a Notice of Appeal of that
decision with the Board of Immigration Appeals ("BIA").

On March 9, 2026, the BIA issued a briefing schedule for the appeal.
Attached to this letter is a copy of the briefing schedule notice with minimal
redactions to protect Ms. Öztürk's privacy. Per this briefing schedule, DHS must
file their brief with the BIA by March 30, 2026, and Ms. Öztürk must file any
opposition brief by April 20, 2026. The BIA may decide the appeal at any point
after briefing is completed.

The BIA may affirm the termination decision or reverse the termination
decision. If the BIA reverses the termination decision, it may remand the matter to
the immigration court for further proceedings.

The filing of an appeal to the BIA further illustrates that the termination of
Ms. Öztürk's removal proceeding does not moot her habeas case. Ms. Öztürk

maintains that this appeal is moot. Br. 18-20. Without habeas jurisdiction and the bail order that is currently in place, the government's appeal to the BIA would again subject Öztürk to redetention. *See* 8 C.F.R. § l003.6(a). For that reason, she continues to suffer the threat of continuing "now-or-never" First and Fifth Amendment harms. Br. in Opp. 55-57.

Respectfully,

*/s/ Monica H. Allard*

<div style="display:flex">

Brett Max Kaufman
Brian Hauss
Esha Bhandari
Noor Zafar
Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
bkaufman@aclu.org
bhauss@aclu.org
ebhandari@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Jessie J. Rossman
Adriana Lafaille
Rachel E. Davidson
Julian Bava
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108

Lia Ernst
Monica H. Allard
ACLU FOUNDATION OF VERMONT
PO Box 277
Montpelier, VT 05601
(802) 223-6304
lernst@acluvt.org
mallard@acluvt.org

Naz Ahmad
Mudassar Toppa
Shezza Abboushi Dallal
CLEAR PROJECT
MAIN STREET LEGAL SERVICES,
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4630
naz.ahmad@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

</div>

2

(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
rdavidson@aclum.org
jbava@aclum.org

Mahsa Khanbabai
115 Main Street, Suite 1B
North Easton, MA 02356
(508) 297-2065
mahsa@mk-immigration.com

Matthew D. Brinckerhoff
Katherine Rosenfeld
Vasudha Talla
EMERY CELLI BRINCKERHOFF
EMERY CELLI BRINCKERHOFF
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com

*Counsel for Petitioner–Appellee*