April 16, 2026

**VIA ACMS**

Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     **No. 25-1019, *Ozturk v. Hyde, et al.*, Redacted Filing of April 9, 2026**

Dear Ms. Wolfe,

        Pursuant to Local Rule 25.1(j)(2), undersigned counsel for Petitioner-
Appellee Rümeysa Öztürk submits a redacted version of the sealed filing provided
to the Court and served on Respondents-Appellants on April 9, 2026.

                                Respectfully,

                                */s/Naz Ahmad*

Brett Max Kaufman                 Naz Ahmad
Brian Hauss                       Mudassar Toppa
Esha Bhandari                     Shezza Abboushi Dallal
Michael Tan                       CLEAR PROJECT
Noor Zafar                        MAIN STREET LEGAL SERVICES
Sidra Mahfooz                     CUNY School of Law
AMERICAN CIVIL LIBERTIES UNION    2 Court Square
FOUNDATION                        Long Island City, NY 11101
125 Broad Street, Floor 18        718-340-4630
New York, NY 10004                naz.ahmad@law.cuny.edu
(212) 549-2500                    mudassar.toppa@law.cuny.edu
bkaufman@aclu.org
bhauss@aclu.org                   Lia Ernst
ebhandari@aclu.org                Monica Allard

mtan@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Jessie J. Rossman
Adriana Lafaille
Rachel E. Davidson
Julian Bava
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
rdavidson@aclum.org
jbava@aclum.org

ACLU FOUNDATION OF VT
PO Box 277
Montpelier, VT 05601
(802) 223-6304
lernst@acluvt.org
mallard@acluvt.org

Matthew D. Brinckerhoff
Katherine Rosenfeld
Vasudha Talla
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com

*Counsel for Petitioner–Appellee*

April 9, 2026

**<u>Via Hand Delivery</u>**
Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     **No. 25-1019, *Ozturk v. Hyde, et al.*, SEALED Letter on behalf of Petitioner-Appellee**

Dear Ms. Wolfe,



Respectfully,

*/s/ Monica H. Allard*

| | |
|---|---|
| Brett Max Kaufman | Lia Ernst |
| Brian Hauss | Monica H. Allard |
| Esha Bhandari | ACLU Foundation of Vermont |
| Noor Zafar | PO Box 277 |

Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
bkaufman@aclu.org
bhauss@aclu.org
ebhandari@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Jessie J. Rossman
Adriana Lafaille
Rachel E. Davidson
Julian Bava
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
rdavidson@aclum.org
jbava@aclum.org

Montpelier, VT 05601
(802) 223-6304
lernst@acluvt.org
mallard@acluvt.org


Naz Ahmad
Mudassar Toppa
Shezza Abboushi Dallal
CLEAR PROJECT
MAIN STREET LEGAL SERVICES
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4558
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu


Matthew D. Brinckerhoff
Katherine Rosenfeld
Vasudha Talla
EMERY CELLI BRINCKERHOFF
 ABADY WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com

*Counsel for Petitioner–Appellee*

2