# No. 25-1019

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

---

**RUMEYSA OZTURK,**
Petitioner-Appellee,

v.

**PATRICIA HYDE, in her official capacity as the New England
Field Director for U.S. Immigration and Customs Enforcement;
MICHAEL KROL, in his capacity as HSI New England Special
Agent in Charge, U.S. Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as Acting Director, U.S.
Immigration and Customs Enforcement; MARKWAYNE
MULLIN, in his official capacity as Secretary of the United
States Department of Homeland Security; MARCO A. RUBIO, in
his official capacity as Secretary of State; DONALD J. TRUMP,
in his official capacity as President of the United States,
Respondents-Appellants.**

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
District Court Case No. 2:25-cv-374**

---

**RESPONDENTS-APPELLANTS'
UNOPPOSED MOTION TO DISMISS THE APPEAL**

---

Pursuant to Federal Rule of Civil Appellate Procedure 42(b)(2), Respondents-Appellants ("the Government") respectfully moves for dismissal of the appeal with prejudice. Petitioner-Appellee Rumeysa Ozturk consents to this motion. The parties agreed to bear their own costs and fees. Accordingly, the Court should grant the Government's motion to dismiss.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

/s/ *Tyler J. Becker*
TYLER J. BECKER
Counsel to the Assistant Attorney General
U.S. Department of Justice,
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Tel: (202) 514-4052
tyler.becker@usdoj.gov

ALANNA T. DUONG
Senior Litigation Counsel
Office of Immigration Litigation

April 17, 2026        Attorneys for Respondents-Appellants

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Century Schoolbook type, is proportionally spaced and contains 48 words, exclusive of the tables of contents and citations, and certificates.

/s/ Tyler J. Becker
TYLER J. BECKER
Counsel to the Assistant Attorney
General
U.S. Department of Justice

April 17, 2026     Attorney for Respondents-Appellants

## CERTIFICATE OF SERVICE

I certify that on April 17, 2026, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS system. I further certify that all participants in the case are registered ACMS users and that service will be accomplished through that system.

/s/ Tyler J. Becker
TYLER J. BECKER
Counsel to the Assistant Attorney
General
U.S. Department of Justice