**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

Docket Number(s): 25-1019

Caption [use short title]

Motion for: Dismissal

Set forth below precise, complete statement of relief sought:

Dismiss the appeal under FRAP 42(b)(2)

# Ozturk v. Hyde

MOVING PARTY: Hyde

OPPOSING PARTY: Ozturk

☐ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Tyler J. Becker

OPPOSING ATTORNEY: Monica H. Allard

[name of attorney, with firm, address, phone number and e-mail]

U.S. Department of Justice

ACLU of Vermont

950 Pennsylvania Ave. NW, Washington, DC 20530

PO Box 277, Montpelier, VT 05601

202-514-4052 | tyler.becker@usdoj.gov

802-251-7091 | mallard@acluvt.org

Court- Judge/ Agency appealed from: District of Vermont | Hon. William K. Sessions III

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No

Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: 9/30/2025

**Signature of Moving Attorney:**

/s/Tyler J. Becker          Date: 4/17/2026          Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)