May 18, 2026

**VIA ACMS**

Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **No. 25-1019, *Ozturk v. Hyde, et al.*, Fed. R. App. 28(j) Letter regarding Petitioner's removal proceedings**

Dear Ms. Wolfe,

Undersigned counsel for Petitioner-Appellee Rümeysa Öztürk submits this Rule 28(j) letter to advise the Court of recent developments pursuant to the parties' settlement agreement. *See* April 9, 2026 Letter (notifying the Court of the settlement).

As part of the agreement, the parties took the following actions, in relevant part. On April 17, 2026, Respondents-Appellants filed a motion to dismiss this appeal pursuant to FRAP 42(b)(2). Dkt. 247. On the same day, Respondent ICE and Petitioner filed a joint motion to terminate removal proceedings with the Board of Immigration Appeals ("BIA"). Respondents provided Petitioner with a letter reflecting the re-activation of her Student and Exchange Visitor Information System ("SEVIS") record and affirming that she maintained lawful status at all times she was within the United States.

On April 24, 2026, the BIA granted the joint motion and maintained the removal proceedings as terminated. A redacted copy of the BIA's order is attached. Petitioner has departed the United States and is not subject to any further removal proceedings.

Respectfully,

Brett Max Kaufman
Brian Hauss
Esha Bhandari
Michael Tan
Noor Zafar
Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
bkaufman@aclu.org
bhauss@aclu.org
ebhandari@aclu.org
mtan@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Jessie J. Rossman
Adriana Lafaille
Rachel E. Davidson
Julian Bava
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
rdavidson@aclum.org
jbava@aclum.org

/s/Naz Ahmad
Naz Ahmad
Mudassar Toppa
Shezza Abboushi Dallal
CLEAR PROJECT
MAIN STREET LEGAL SERVICES
CUNY School of Law
2 Court Square
Long Island City, NY 11101
718-340-4630
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu

Lia Ernst
Monica Allard
ACLU FOUNDATION OF VT
PO Box 277
Montpelier, VT 05601
(802) 223-6304
lernst@acluvt.org
mallard@acluvt.org

Matthew D. Brinckerhoff
Katherine Rosenfeld
Vasudha Talla
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com

*Counsel for Petitioner–Appellee*

# Attachment
# BIA Order

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*



**Ahmad, Naz**
**Main Street Legal Services**
**CUNY Law 2 Court Square**
**Long Island City NY 11101**

**DHS/ICE Office of Chief Counsel - BOS**
**P.O. Box 8728**
**Boston MA 02114**

**Name: OZTURK, RUMEYSA**          **A**

**Date of this Notice: 04/24/2026**

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

John Seiler
Acting Chief Clerk

Enclosure

Userteam: <u>Docket</u>

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**OZTURK, RUMEYSA**
█████████████
████████████████

**DHS/ICE Office of Chief Counsel - BOS**
**P.O. Box 8728**
**Boston MA 02114**

**Name: OZTURK, RUMEYSA**

A ███████████

**Date of this Notice: 04/24/2026**

Enclosed is a copy of the Board's decision in the above-referenced case. This copy is being provided to you as a courtesy. Your attorney or representative has been served with this decision pursuant to 8 C.F.R. § 1292.5(a). If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of the decision.

Sincerely,

John Seiler
Acting Chief Clerk

Enclosure

Userteam: <u>Docket</u>

**NOT FOR PUBLICATION**

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

---

MATTER OF:

Rumeysa OZTURK, A‑██████████

Respondent

**FILED**

Apr 24, 2026

---

ON BEHALF OF RESPONDENT:  Naz Ahmad, Esquire

ON BEHALF OF DHS:  Adam E. Mattei, Assistant Chief Counsel

IN REMOVAL PROCEEDINGS
On Appeal from a Decision of the Immigration Court, Boston, MA

Before: Volkert, Appellate Immigration Judge

VOLKERT, Appellate Immigration Judge

ORDER:

The Department of Homeland Security ("DHS") appealed the Immigration Judge's January 29, 2026, decision. On April 17, 2026, the respondent and DHS filed a joint motion to terminate proceedings under 8 C.F.R. § 1003.1(m)(1)(i)(G). The joint motion is granted, and these proceedings remain terminated.