# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand twenty-six.

_____

Rumeysa Ozturk,

        Petitioner - Appellee,

   v.

David T. Wesling, in his official capacity as the Acting New England Field Director for U.S. Immigration and Customs Enforcement, Jeffrey Grimming, in his official capacity as Acting HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement, David J. Venturella, in his official capacity as Senior Official Performing the duties of the Director of U.S. Immigration and Customs Enforcement, Markwayne Mullin, in his official capacity as Secretary of the United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Donald J. Trump, in his official capacity as President of the United States,

        Respondents - Appellants.

_____

**ORDER**

Docket No. 25-1019

IT IS HEREBY ORDERED that the motion to file an amicus brief in support of Petitioner-Appellee (docket entry 44) is DENIED as moot in light of the Court's July 21, 2026 order dismissing the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

