MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand twenty-six.

Before: Debra Ann Livingston,
William J. Nardini,
Steven J. Menashi,
*Circuit Judges.*

---

Rumeysa Ozturk,

*Petitioner - Appellee,*

v.

David T. Wesling, in his official capacity as the Acting New England Field Director for U.S. Immigration and Customs Enforcement, Jeffrey Grimming, in his official capacity as Acting HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement, David J. Venturella, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, Markwayne Mullin, in his official capacity as Secretary of the United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Donald J. Trump, in his official capacity as President of the United States,

*Respondents - Appellants.*[*]

---

**ORDER**

Docket No. 25-1019

[*] Öztürk filed her habeas petition against Patricia Hyde in her official capacity as New England Field Director for U.S. Immigration and Customs Enforcement ("ICE"), Michael Krol as the HSI New England Special Agent in Charge, and Todd Lyons as Acting Director of ICE. David T. Wesling is the current Acting Field Office Director, Jeffrey Grimming is the current Acting HSI New England Special Agent in Charge, and David J. Venturella is the current Senior Official Performing the Duties of the Director of ICE, and they are automatically substituted as parties under Federal Rule of Appellate Procedure 43(c)(2). The Clerk of Court is respectfully directed to amend the official case caption accordingly.

MANDATE ISSUED ON 09/15/2026

Respondents-Appellants move to dismiss this appeal with prejudice under Federal Rule of Appellate Procedure 42(b)(2), with the parties to bear their own costs and legal fees. *See* FED. R. APP. P. 42(b)(2) ("An appeal may be dismissed on the appellant's motion on terms agreed to by the parties . . . ."). Petitioner-Appellee Rumeysa Öztürk consents to this motion. The motion to dismiss is GRANTED.

Öztürk's pending motion to seal is DENIED as moot.

It is SO ORDERED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS